UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-607-GW-DSRx | Date | June 8, 2026 |
|---|---|---|---|
| Title | *Jesus Garcia v. 48 West Co LLC , et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**


On May 26, 2026, the Court issued an Order to Show Cause re Lack of Prosecution [15]. Plaintiff was ordered to respond no later than June 5. To date, no response or objection has been filed. Accordingly, this action is hereby dismissed without prejudice.

| | : |
|---|---|
| Initials of Preparer | JG |